**FISKARS, INC. and Fiskars OY AB, Plaintiffs–Appellees,**

v.

**HUNT MANUFACTURING CO., Defendant–Appellant.**

**No. 01–1435.**

United States Court of Appeals, Federal Circuit.

March 15, 2002.

Before NEWMAN, MICHEL, and RADER, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36

**BIACORE AB and Biacore, Inc., Plaintiffs–Appellants,**

v.

**THERMO BIOANALYSIS CORPORATION, Defendant–Cross Appellant.**

**Nos. 01–1337, 01–1446.**

United States Court of Appeals, Federal Circuit.

March 15, 2002.

Before NEWMAN, LINN, and DYK, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36